UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE: **SONIA VALES** _____    Case # **19-25851 AJC**

### TRUSTEE'S NOTICE OF DEFICIENCY FOR CONFIRMATION (legal issues: 341)

The Trustee reviewed this case for the meeting of creditors and found the following deficiencies from the Trustee's
Notice of Required Documents, prior deficiencies, and legal issues and thus objects as follows:
Trustee reserves the right to raise additional objections until all requested documents are timely provided.

Reviewed documents received as of _____

__ **Objection to Exemption (specifics to be filed)** to be heard with confirmation at 1:30 pm not at 9:00 am
__ Fee application needed (see court guideline 6)
✗ Ch 7 is $ **5,918** _____ may increase as documents not provided ☐ Tax refund ☐ Valuations ☐ Other
__ Good faith payment to unsecured creditors
__ Income understated per debtor's stubs $ _____ taxes $ _____ co-debtor stubs $ _____ taxes $ _____
__ Proof of household size (government ID w/ address) and income of all adults disclosed on Sch J and CMI
__ Spouse's pay advices
__ Schedule J Expenses objectionable: ☐ Provide Proof line _____    ☐ Line _____
　　　　☐ Object to Schedule J expenses but debtor(s) are over median or 100% plan filed
__ Expenses: documentation/calculation: CMI line _____
_____
_____
__ Plan does not pay debtor's calculation of disposable income CMI/DI _____ x 60 = $ _____
　　☐ Pending income/expenses issues ☐ Trustee believes D/I is understated (estimated D/I $_____)
☐ Feasibility or ☐ plan payments reduce month _____ or ☐ balloon payment
__ Plan does not conform to Applicable Commitment Period < 36 months< 60 months
__ Info on transfer SOFA _____ undisclosed _____ ☐ provide Tolling Agreement(s)
Other:_____
_____
_____
_____
_____
_____
_____

☐ Plan includes 100% Language

**On or before 5 pm on  FEB - 7 2020** _____, **all documents/explanations with documented back up must be
received/filed to avoid dismissal.** If documents are not timely filed/received by the trustee, the trustee may seek
dismissal of this case. ***IMPORTANT NOTICE:*** *The debtor or debtor's attorney must appear at the confirmation
hearing even if they agree to the recommendation.* The debtor may still be dismissed for failure to fund the plan if they
are delinquent in payments.
***THE PRO SE DEBTOR OR DEBTOR'S ATTORNEY MUST CONTACT THE TRUSTEE'S OFFICE AND SPEAK
TO AN ATTORNEY BEFORE 2PM ONE BUSINESS DAY PRIOR TO THE CONFIRMATION HEARING TO
RESOLVE ALL OUTSTANDING ISSUES. Attorneys must upload all documents to Trustee through
13Documents.com.***

　　　　I hereby certify that a true and correct copy of the foregoing was served through ECF on the debtor's attorney
or by U.S. First Class pre-paid Mail on the pro se debtor on the same day filed with the Court.
Submitted by
NANCY K. NEIDICH, ESQ, STANDING CHAPTER 13 TRUSTEE P.O. BOX 279806, MIRAMAR, FL 33027

RE: Sonia Vales
Case # 19-25851 AJC

**TRUSTEE'S NOTICE OF DEFICIENCY FOR CONFIRMATION AND RECOMMENDATION (Pre 341)**

The Trustee reviewed this case for the meeting of creditors and found the following deficiencies from the Trustee's letter requesting documents and thus objects as follows:  Reviewed documents received prior to: 1/2/20

Tax returns:                          Corporate Tax Returns:

   Photo ID              ✓  LF 90        ✓  LF 67      LF 10

✓ Plan does not fund properly

   Calculation errors      Missing months/amounts      Inconsistent terms      Plan form completed incorrectly

   Attorney fee itemization or Fee Application needed (see court guideline 6)

   Missing 2016(B)

   Other provisions:      IVL            100%      Lawsuit      Gambling      MMM

   Reaffirm, redeem or surrender Sch D or G creditor:

   MMM Motion not filed   ✓  Valuation motion not filed              Lien Avoidance motion not filed

   Priority debt on  Schedule E not in plan:

   Creditor in Plan is not listed in Schedules or has not filed a POC:

✓ Creditor paid through the Plan has not filed a POC: Ro-Mont South COA, Ditech Financial

   Object or Conform to Proof of Claim:     Miami-Dade County      Tax Certificate (DE#     )      Dept of Revenue

        IRS

   OTHER PLAN ISSUES:




   Real Estate FMV and Payoff:

   Non-Homestead Information Sheet:

✓ Vehicles FMV (NADA/Carmax), Reg and Payoff:  13/Volvo

   Other:

   Bank Account Statements      3 months pre-petition




   Copy of check(s) and/or explanation:

   Explanation of withdrawal(s):

   401K/Retirement/Pension            Annuity            Life Insurance Policy

   Domestic Support Obligation form complete with info: name, address and phone

✓ Wage deduction order or Motion to waive

   BDQ & attachments         Profit/loss      Balance Sheet

   Business Bank statements and checks      3 months pre-petition




   Affidavit of support

Trustee reserves the right to raise additional objects until all requested documents are timely provided. This deficiency is limited to missing documents only. The Trustee will file a Notice of Deficiency with additional document requested and legal issues raised after the 341 - meeting of creditors. I hereby certify that a true and correct copy of the foregoing was    served through ECF on the debtor's attorney or by U.S. First Class pre-paid Mail on the pro se debtor on the same day filed with the Court.

Submitted by **NANCY K. NEIDICH, ESQ, STANDING CHAPTER 13 TRUSTEE P.O. BOX 279806, MIRAMAR, FL 33027**

**\*DOCUMENTS MUST BE RECEIVED OR FILED AND ISSUES ADDRESSED AT LEAST FOURTEEN DAYS PRIOR TO EACH CONFIRMATION HEARING TO AVOID DISMISSAL\***