

**ORDERED in the Southern District of Florida on March 18, 2020.**

A. Jay Cristol, Judge
United States Bankruptcy Court

___

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION**
www.flsb.uscourts.gov

In re:    Sonia Vales,                    Case No.19-25851
                                          Chapter 13
            Debtor.
_____/

**AGREED ORDER ON DEBTOR'S OBJECTION TO
CLAIM OF RO-MONT SOUTH CONDOMINIUM "L" INC.**

This cause came to heard on (DE35) Debtor's Objection to Claim of Ro-Mont South Condominium "L" Inc. (Claim No. 4) and the debtor and creditor having reached an agreement it is ORDERED that:

1.    Ro-Mont South Condominium "L" Inc.'s claim is not secured.

# # #

**Submitted by:**

Carolina A. Lombardi
Legal Services of Greater Miami, Inc.
4343 West Flagler Street #100
Miami, FL 33134
CLombardi@legalservicesmiami.org
Phone and Fax: (305) 438-2427

The party submitting the order shall serve a copy of the signed order on all required parties and file with the court a certificate of service conforming with Local Rule 2002-1(F)