IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 19-25851-AJC |
| | ) | |
| SONIA VALES, | ) | CHAPTER 13 |
| | ) | |
| DEBTOR. | ) | JUDGE: A. JAY CRISTOL |
| | ) | |

WITHDRAWAL OF MOTION TO ALLOW LATE CLAIM (Doc. No. 50)

  COMES NOW New Residential Mortgage, LLC as serviced by NewRez LLC DBA Shellpoint Mortgage Servicing, a secured creditor holding a Mortgage on real property commonly known as 20275 NE 2nd Ave #9, Miami, FL 33179, to withdraw the following Motion to Allow Late Claim:

| | |
|---|---|
| Creditor Name: | New Residential Mortgage, LLC |
| Docket Number: | 50 |
| Filed Date: | March 23, 2020 |

  New Residential Mortgage, LLC filed the A Motion to Allow Late Claim in error.

  This 24th day of March, 2020

               /s/Melbalynn Fisher
               Melbalynn Fisher
               Agent for Transferee
               McCalla Raymer Leibert Pierce, LLC
               1544 Old Alabama Road
               Roswell, GA  30076

INTB-18-00964

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

| | |
|---|---|
| IN RE: | ) CASE NO. 19-25851-AJC |
| | ) |
| SONIA VALES, | ) CHAPTER 13 |
| | ) |
| DEBTOR. | ) JUDGE: A. JAY CRISTOL |
| | ) |

CERTIFICATE OF SERVICE

    I hereby certify that I have served a true and correct copy of the foregoing Withdrawal of the Agreed Order Granting Motion to Allow Late Filed Proof of Claim to the following registered ECF participants, electronically through the Court's ECF System at the email registered with the Court and to the following via ordinary U.S. Mail as indicated below on this:

*Served by ordinary U.S. Mail*

**Debtor:**

Sonia Vales
20275 NE 2nd Avenue #9
Miami, FL 33179

*Served Electronically by the Court*

**Trustee:**

Nancy K. Neidich
POB 279806
Miramar, FL 33027

**Debtor's Attorney:**
Carolina A Lombardi
Legal Services of Greater Miami, Inc.
4343 West Flagler Street #100
Miami, FL 33134

This 24th day of March, 2020

       /s/Melbalynn  Fisher
       Melbalynn  Fisher
       Agent for Transferee
       McCalla Raymer Leibert Pierce, LLC
       1544 Old Alabama Road
       Roswell, GA  30076

INTB-18-00964