

ORDERED in the Southern District of Florida on March 24, 2020.

A. Jay Cristol, Judge
United States Bankruptcy Court

___

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:

SONIA VALES,

    Debtor.

Case No.: 19-25851-AJC
Chapter: 13

_____/

**AGREED ORDER GRANTING
MOTION TO ALLOW LATE FILED PROOF OF CLAIM (CLAIM # 5-1)**

THIS CASE came before the Court upon the Motion to Allow Late Filed Proof of Claim (Claim # 5-1) filed by New Residential Mortgage, LLC as serviced by NewRez LLC DBA Shellpoint Mortgage Servicing (the "Secured Creditor") (the "Motion") (Doc. No. 45), and the Court, having reviewed the Motion and the file and noting the agreement of the parties, and being otherwise duly advised in the premises, it is

**ORDERED:**

1. The Motion is Granted.

2. Claim 5-1 is allowed as timely filed.

###

Submitted by:
Melbalynn Fisher
McCalla Raymer Leibert Pierce, LLC
110 S.E. 6th Street, Suite 2400
Ft. Lauderdale, FL 33301
Phone:  954-526-5846
Fax:  954-526-5846
Email: melbalynn.fisher@mccalla.com

Copies to:
Melbalynn Fisher, Esq.

Attorney Fisher is directed to serve copies of this order on all interested parties and to file a certificate of service as required under Local Rule 2002-1(F).