**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**

www.flsb.uscourts.gov

**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

| | | |
|---|---|---|
| ☐ _____ | Original Plan | |
| ☒ Second _____ | Amended Plan (Indicate 1st, 2nd, etc. Amended, if applicable) | |
| ☐ _____ | Modified Plan (Indicate 1st, 2nd, etc. Modified, if applicable) | |

DEBTOR: Sonia Vales    JOINT DEBTOR: _____    CASE NO.: 19-25851

SS#: xxx-xx- 6493    SS#: xxx-xx- _____

## I. NOTICES

**To Debtors:** Plans that do not comply with local rules and judicial rulings may not be confirmable. All plans, amended plans and modified plans shall be served upon all creditors and a certificate of service filed with the Clerk pursuant to Local Rules 2002-1 (C)(5), 3015-1(B)(2), and 3015-2. Debtor(s) must commence plan payments within 30 days of filing the chapter 13 petition or within 30 days of entry of the order converting the case to chapter 13.

**To Creditors:** Your rights may be affected by this plan. You must file a timely proof of claim in order to be paid. Your claim may be reduced, modified or eliminated.

**To All Parties:** The plan contains no nonstandard provisions other than those set out in paragraph VIII. Debtor(s) must check one box on each line listed below in this section to state whether the plan includes any of the following:

| | Included | Not included |
|---|---|---|
| The valuation of a secured claim, set out in Section III, which may result in a partial payment or no payment at all to the secured creditor | ☒ | ☐ |
| Avoidance of a judicial lien or nonpossessory, nonpurchase-money security interest, set out in Section III | ☐ | ☒ |
| Nonstandard provisions, set out in Section VIII | ☐ | ☒ |

## II. PLAN PAYMENTS, LENGTH OF PLAN AND DEBTOR(S)' ATTORNEY'S FEE

**A. MONTHLY PLAN PAYMENT:** This Plan pays for the benefit of the creditors the amounts listed below, including trustee's fees of 10%, beginning 30 days from the filing/conversion date. In the event the trustee does not retain the full 10%, any unused amount will be paid to unsecured nonpriority creditors pro-rata under the plan:

1. $920.60 for months 1 to 36 ;
2. $0.00 for months ___ to ___ ;
3. $0.00 for months ___ to ___ ;

**B. DEBTOR(S)' ATTORNEY'S FEE:**   ☒ NONE   ☒ PRO BONO

## III. TREATMENT OF SECURED CLAIMS

**A. SECURED CLAIMS:** ☐ NONE

[Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Lien on Real or Personal Property:

1. Creditor: Ro-Mont South Condominium 'L'
   Address: c/o Daniel A. Weber Esq.
   Straley Otto
   2699 Stirling Road C-207
   Ft. Lauderdale, FL 33312

   Arrearage/ Payoff on Petition Date   -0-
   Regular Payment (Maintain)   $270.00   /month (Months 1 to 36 )

   Last 4 Digits of Account No.:   0009
   Other: _____

Debtor(s): Sonia Vales      Case number: 19-25851

- ■ Real Property
  - ■ Principal Residence
  - ☐ Other Real Property

Check one below for Real Property:
- ☐ Escrow is included in the regular payments
- ■ The debtor(s) will pay   ■ taxes   ☐ insurance directly

Address of Collateral:
20275 NE 2nd Avenue #9, Miami, FL 33179

☐ Personal Property/Vehicle

Description of Collateral: Debtor's homestead which is a condominium

2. Creditor: NewRez LLC dba Shellpoint Mortgage Servicing

Address: Bankrutpcy Department
PO Box 10826
Greenville, SC
29603-0826

Arrearage/ Payoff on Petition Date    $942.82
Arrears Payment (Cure)                $26.18    /month (Months 1 to 36)
Regular Payment (Maintain)            $230.73   /month (Months 1 to 36)

Last 4 Digits of Account No.: 8743

Other: _____

- ■ Real Property
  - ■ Principal Residence
  - ☐ Other Real Property

Check one below for Real Property:
- ■ Escrow is included in the regular payments
- ☐ The debtor(s) will pay   ☐ taxes   ☐ insurance directly

Address of Collateral:
20275 NE 2nd Avenue #9, Miami, FL 33179

☐ Personal Property/Vehicle

Description of Collateral: Debtor's homestead which is a condominium

**B. VALUATION OF COLLATERAL:** ☐ NONE

IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED UPON YOU PURSUANT TO BR 7004 AND LR 3015-3.

**1. REAL PROPERTY:** ☐ NONE

1. Creditor: R-Mont South Condominium 'L'

Address: c/o Daniel A. Weber Esq.
Straley Otto
2699 Stirling Road C-207
Ft. Lauderdale, FL 33312

Value of Collateral:        $83,603.00
Amount of Creditor's Lien:  $84,341.25

Interest Rate: 0.00%

Check one below:
- ■ Escrow is included in the monthly mortgage payment listed in this section
- ☐ The debtor(s) will pay
  - ■ taxes   ■ insurance directly

**Payment**
Total paid in plan:    $0.00

_____ /month (Months ___ to ___)

Last 4 Digits of Account No.: _____

Real Property
- ■ Principal Residence
- ☐ Other Real Property

Address of Collateral:
20275 NE 2nd Avenue #9, Miami, FL 33179

**2. VEHICLES(S):** ■ NONE

**3. PERSONAL PROPERTY:** ■ NONE

C. **LIEN AVOIDANCE** ◼ NONE

D. **SURRENDER OF COLLATERAL:** Secured claims filed by any creditor granted stay relief in this section shall not receive a distribution fom the Chapter 13 Trustee.

☐ NONE

◼ The debtor(s) elect to surrender to each creditor listed below the collateral that secures the creditor's claim. The debtor(s) request that upon confirmation of this plan the automatic stay be terminated in rem as to the debtor(s) and in rem and in personam as to any codebtor(s) as to these creditors.

☐ Other: _____

| | Name of Creditor | Last 4 Digits of Account No. | Description of Collateral (Address, Vehicle, etc.) |
|---|---|---|---|
| 1. | Flagship Credit Acceptance | 6493 | 2013 Volvo X60 |

E. **DIRECT PAYMENTS:** Secured claims filed by any creditor granted stay relief in this section shall not receive a distribution fom the Chapter 13 Trustee.

◼ NONE

IV. **TREATMENT OF FEES AND PRIORITY CLAIMS** [as defined in 11 U.S.C. §507 and 11 U.S.C. § 1322(a)(4)]

A. **ADMINISTRATIVE FEES OTHER THAN DEBTORS(S)' ATTORNEY'S FEE:** ◼ NONE

B. **INTERNAL REVENUE SERVICE:** ◼ NONE

C. **DOMESTIC SUPPORT OBLIGATION(S):** ◼ NONE

D. **OTHER:** ◼ NONE

V. **TREATMENT OF UNSECURED NONPRIORITY CREDITORS**

A. Pay   $310.00   /month (Months   1   to   36  )

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

B. ☐ If checked, the Debtor(s) will amend/modify to pay 100% to all allowed unsecured nonpriority claims.

C. SEPARATELY CLASSIFIED:     ◼ NONE

*Debtor(s) certify the separate classification(s) of the claim(s) listed above will not prejudice other unsecured nonpriority creditors pursuant to 11 U.S.C. § 1322.

VI. **EXECUTORY CONTRACTS AND UNEXPIRED LEASES:** Secured claims filed by any creditor/lessor granted stay relief in this section shall not receive a distribution from the Chapter 13 Trustee.

◼ NONE

VII. **INCOME TAX RETURNS AND REFUNDS:** ☐ NONE

◼ The debtor(s) is hereby advised that the chapter 13 trustee has requested that the debtor(s) comply with 521(f) 1-4 on an annual basis during the pendency of this case. The debtor(s) hereby acknowledges that the deadline for providing the Trustee with their filed tax returns is on or before May 15 of each year the case is pending and that the debtor(s) shall provide the trustee (but not file with the Court) with verification of their disposable income if their gross household income increases by more than 3% over the previous year's income. [Miami cases]

VIII. **NON-STANDARD PLAN PROVISIONS** ◼ NONE

Debtor(s): Sonia Vales    Case number: 19-25851

**PROPERTY OF THE ESTATE WILL VEST IN THE DEBTOR(S) UPON PLAN CONFIRMATION.**

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

_____ Debtor _____    _____ Joint Debtor _____
Sonia Vales                         Date                                                                          Date

_____    March 25, 2020
Carolina A. Lombardi              Date
Attorney with permission to sign on
Debtor(s)' behalf

**By filing this document, the Attorney for Debtor(s) or Debtor(s), if not represented by counsel, certifies that the wording and order of the provisions in this Chapter 13 plan are identical to those contained in Local Form Chapter 13 Plan and the plan contains no nonstandard provisions other than those set out in paragraph VIII.**