| Fill in this information to identify the case: | |
|---|---|
| Debtor 1 | Sonia Vales |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the : Southern | District of  Florida (State) |
| Case number | 19-25851-AJC |

Official Form 410S1

# Notice of Mortgage Payment Change      12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** U.S. Bank Trust National Association as trustee of LB-Igloo Series IV Trust**

**Court claim no.** (if known): 5

**Last four digits** of any number you use to identify the debtor's account: XXXXXX8743

**Date of payment change:** Must be at least 21 days after date of this notice: 7/1/2021

**New total payment:** Principal, interest, and escrow, if any: $419.47

## Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

   ☐ No
   ☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment:    $ 2.45            New escrow payment :    $ 191.19

## Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate in the debtor's variable-rate account?**

   ☒ No
   ☐ Yes  Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate:          %           New interest rate:          %
   Current principal and interest payment:   $ _____   New principal and interest payment:   $ _____

## Part 3: Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ☒ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as repayment plan or loan modification agreement.
       *(Court approval may be required before the payment change can take effect.)*

   Reason for change: _____

   Current mortgage payment:    $ _____      New mortgage payment:    $ _____

Official Form 410S1                Notice of Mortgage Payment Change                page 1

Debtor 1  **Sonia Vales** _____  Case number *(if known)* 19-25851-AJC
         First Name   Middle Name   Last Name

| **Part 4:** | **Sign Here** |
|---|---|

The person completing this Notice must sign it.  Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent

**I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.**

X   /s/Neisi Garcia Ramirez                           Date   5/25/2021
    Signature

Print:   Neisi                      Garcia Ramirez        Title   Authorized Agent for Creditor
         First Name   Middle Name   Last Name

Company   McCalla Raymer Leibert Pierce, LLC

Address   1544 Old Alabama Road
          Number      Street

          Roswell                GA                30076
          City                   State             ZIP Code

Contact phone   954-332-9426                        Email   Neisi.GarciaRamirez@mccalla.com

***If the Debtor and lender are currently participating in the Mortgage Modification Mediation Program, this Notice of Payment Change is for notice purposes only and will be abated pending the outcome of the mediation.  If the Debtor does not modify the mortgage, the notices will be effective pursuant to the Notice of Payment Change.

**Please note Creditor is in the process of filing a Transfer of Claim to reflect Creditor as the Transferee of this Claim. However, this Notice of Mortgage Payment Change is being filed to ensure Creditor's compliance with Fed. R. Bankr. P. 3002.1.

|  |  |
|---|---|
| In Re: | Bankruptcy Case No.: 19-25851-AJC |
|  | Chapter: 13 |
| Sonia Vales | Judge: A. Jay Cristol |

## CERTIFICATE OF SERVICE

I, Neisi Garcia Ramirez, of McCalla Raymer Leibert Pierce, LLC, 1544 Old Alabama Road, Roswell, GA 30076, certify:

That I am, and at all times hereinafter mentioned, was more than 18 years of age;

That on the date below, I caused to be served a copy of the within NOTICE OF MORTGAGE PAYMENT CHANGE filed in this bankruptcy matter on the following parties at the addresses shown, by regular United States Mail, with proper postage affixed, unless another manner of service is expressly indicated:

Sonia Vales
20275 Northeast 2Nd Avenue #9
Miami, FL 33179

Carolina A Lombardi                    *(served via ECF Notification)*
Legal Services of Greater Miami, Inc.
4343 West Flagler Street #100
Miami, FL 33134

Nancy K. Neidich, Trustee              *(served via ECF Notification)*
P.O. Box 279806
Miramar, FL 33027

U.S. Trustee                           *(served via ECF Notification)*
Office of the US Trustee
51 S.W. 1st Ave. Suite 1204
Miami, FL 33130

I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on:   5/26/2021        By:    */s/Neisi Garcia Ramirez*
                  (date)                Neisi Garcia Ramirez
                                        Authorized Agent for Creditor

**Shellpoint Mortgage Servicing**
Servicing
PO Box 10826
Greenville, SC 29603 0826
For Inquiries: (800) 365-7107

SONIA JOSEPH
20275 NE 2ND AVE
MIAMI FL 33179

Analysis Date: May 19, 2021
Loan:

Property Address:
20275 NE 2ND AVE Unit 9    Unit 9
MIAMI, FL 33179

## Annual Escrow Account Disclosure Statement - Account History

The following is an overview of your escrow account with Shellpoint Mortgage Servicing. It contains the history of escrow payments made on your behalf in the prior year, and a snapshot of the anticipated disbursements for the coming year. Any potential adjustments due to increases or decreases with your escrow items may affect your monthly escrow payment. If your escrow payment increases, your monthly payment will also increase. If the escrow payment decreases, your mortgage payment will decrease.

| Payment Information | Contractual | Effective Jul 01, 2021 | Prior Esc Pmt | December 01, 2019 | Escrow Balance Calculation | |
|---|---|---|---|---|---|---|
| P & I Pmt: | $228.28 | $228.28 | P & I Pmt: | $228.28 | Due Date: | December 01, 2020 |
| Escrow Pmt: | $2.45 | $191.19 | Escrow Pmt: | $2.45 | Escrow Balance: | -$434.65 |
| Other Funds Pmt: | $0.00 | $0.00 | Other Funds Pmt: | $0.00 | Anticipated Pmts to Escrow: | $17.15 |
| Asst. Pmt (-): | $0.00 | $0.00 | Asst. Pmt (-): | $0.00 | Anticipated Pmts from Escrow (-): | $225.90 |
| Reserve Acct Pmt: | $0.00 | $0.00 | Resrv Acct Pmt: | $0.00 | | |
| Total Payment: | $230.73 | $419.47 | Total Payment: | $230.73 | Anticipated Escrow Balance: | -$643.40 |

| Shortage/Overage Information | Effective Jul 01, 2021 |
|---|---|
| Upcoming Total Annual Bills | $1,395.15 |
| Required Cushion | $232.53 |
| Required Starting Balance | $255.73 |
| Escrow Shortage | -$899.13 |
| Surplus | $0.00 |

**Cushion Calculation:** Because Shellpoint Mortgage Servicing does not set your tax amounts or insurance premiums, your escrow balance contains a cushion of 232.53. A cushion is an additional amount of funds held in your escrow in order to prevent the balance from becoming overdrawn when an increase in the disbursement amount occurs. Your lowest monthly balance should not be below 232.53 or 1/6 of the anticipated payment from the account.

This is a statement of actual activity in your escrow account from Jan 2020 to June 2021. Last year's anticipated activity (payments to and from your escrow account) is next to the actual activity.

| Date | Payments to Escrow Anticipated | Actual | Payments From Escrow Anticipated | Actual | | Description | Escrow Balance Required | Actual |
|---|---|---|---|---|---|---|---|---|
| | | | | | | Starting Balance | 0.00 | (105.67) |
| Jan 2020 | | | | 145.06 | * | Lender Placed Flood | 0.00 | (250.73) |
| Mar 2020 | | | | 65.68 | * | Lender Placed Flood | 0.00 | (316.41) |
| Mar 2020 | | | | 71.36 | * | Lender Placed Flood | 0.00 | (387.77) |
| Apr 2020 | | | | 70.37 | * | Lender Placed Flood | 0.00 | (458.14) |
| Jun 2020 | | 4.90 | | | * | | 0.00 | (453.24) |
| Jun 2020 | | 9.80 | | | * | | 0.00 | (443.44) |
| Jun 2020 | | 2.45 | | | * | | 0.00 | (440.99) |
| Jun 2020 | | | | 71.36 | * | Lender Placed Flood | 0.00 | (512.35) |
| Jul 2020 | | 2.45 | | | * | | 0.00 | (509.90) |
| Jul 2020 | | | | 101.25 | * | Lender Placed Flood | 0.00 | (611.15) |
| Jul 2020 | | | | 225.91 | * | Lender Placed Hazard | 0.00 | (837.06) |
| Jul 2020 | | | | 102.64 | * | Lender Placed Flood | 0.00 | (939.70) |
| Aug 2020 | | 2.45 | | | * | | 0.00 | (937.25) |
| Sep 2020 | | 2.45 | | | * | | 0.00 | (934.80) |
| Sep 2020 | | | | 112.95 | * | Lender Placed Hazard | 0.00 | (1,047.75) |
| Sep 2020 | | | | 102.64 | * | Lender Placed Flood | 0.00 | (1,150.39) |
| Sep 2020 | | | | 111.40 | * | Lender Placed Hazard | 0.00 | (1,261.79) |
| Sep 2020 | | | | 101.25 | * | Lender Placed Flood | 0.00 | (1,363.04) |
| Oct 2020 | | 2.45 | | | * | | 0.00 | (1,360.59) |
| Oct 2020 | | | | 112.95 | * | Lender Placed Hazard | 0.00 | (1,473.54) |
| Oct 2020 | | | | 102.64 | * | Lender Placed Flood | 0.00 | (1,576.18) |
| Nov 2020 | | 2.45 | | | * | | 0.00 | (1,573.73) |
| Nov 2020 | | | | 39.75 | * | County Tax | 0.00 | (1,613.48) |
| Dec 2020 | | | | 111.40 | * | Lender Placed Hazard | 0.00 | (1,724.88) |
| Dec 2020 | | | | 101.25 | * | Lender Placed Flood | 0.00 | (1,826.13) |
| Jan 2021 | | | | 112.95 | * | Lender Placed Hazard | 0.00 | (1,939.08) |
| Jan 2021 | | | | 101.65 | * | Lender Placed Flood | 0.00 | (2,040.73) |
| Feb 2021 | | 374.30 | | | * | | 0.00 | (1,666.43) |
| Feb 2021 | | | | 112.95 | * | Lender Placed Hazard | 0.00 | (1,779.38) |
| Feb 2021 | | | | 101.65 | * | Lender Placed Flood | 0.00 | (1,881.03) |
| Mar 2021 | | | | 103.96 | * | Lender Placed Hazard | 0.00 | (1,984.99) |
| Mar 2021 | | | | 93.58 | * | Lender Placed Flood | 0.00 | (2,078.57) |

| Date | | | | | | Description | | Balance |
|---|---|---|---|---|---|---|---|---|
| Mar 2021 | | | | 112.95 | * | Lender Placed Hazard | 0.00 | (2,191.52) |
| Mar 2021 | | | | 98.03 | * | Lender Placed Flood | 0.00 | (2,289.55) |
| Apr 2021 | | 4.90 | | | * | | 0.00 | (2,284.65) |
| Apr 2021 | | 1,431.91 | | | * | Insurance Refund | 0.00 | (852.74) |
| Apr 2021 | | | | 111.40 | * | Lender Placed Hazard | 0.00 | (964.14) |
| | | | | | | Anticipated Transactions | 0.00 | (964.14) |
| May 2021 | | P | | 112.95 | | Lender Placed Hazard | | (1,077.09) |
| Jun 2021 | | 17.15 P | | 112.95 | | Lender Placed Hazard | | (1,172.89) |
| | $0.00 | $1,857.66 | $0.00 | $2,924.88 | | | | |

An asterisk (*) indicates a difference from a previous estimate either in the date or the amount.  If you want a further explanation, please call our toll-free number.

P - The letter (P) beside an amount indicates that the payment or disbursement has not yet occurred but is estimated to occur as shown.

Case 19-25851-CLC    Doc 74    Filed 05/26/21    Page 5 of 6

**Shellpoint Mortgage Servicing**
For Inquiries:  (800) 365-7107

Analysis Date:  May 19, 2021
Loan:

## Annual Escrow Account Disclosure Statement - Projections for Coming Year

This is an estimate of activity in your escrow account during the coming year based on payments anticipated to be made to and from your account.

| Date | Anticipated Payments To Escrow | Anticipated Payments From Escrow | Description | Escrow Balance Anticipated | Escrow Balance Required |
|---|---|---|---|---|---|
|  |  |  | Starting Balance | (643.40) | 255.73 |
| Jul 2021 | 116.26 | 112.95 | Lender Placed Hazard | (640.09) | 259.04 |
| Aug 2021 | 116.26 | 112.95 | Lender Placed Hazard | (636.78) | 262.35 |
| Sep 2021 | 116.26 | 112.95 | Lender Placed Hazard | (633.47) | 265.66 |
| Oct 2021 | 116.26 | 112.95 | Lender Placed Hazard | (630.16) | 268.97 |
| Nov 2021 | 116.26 | 39.75 | County Tax | (553.65) | 345.48 |
| Nov 2021 |  | 112.95 | Lender Placed Hazard | (666.60) | 232.53 |
| Dec 2021 | 116.26 | 112.95 | Lender Placed Hazard | (663.29) | 235.84 |
| Jan 2022 | 116.26 | 112.95 | Lender Placed Hazard | (659.98) | 239.15 |
| Feb 2022 | 116.26 | 112.95 | Lender Placed Hazard | (656.67) | 242.46 |
| Mar 2022 | 116.26 | 112.95 | Lender Placed Hazard | (653.36) | 245.77 |
| Apr 2022 | 116.26 | 112.95 | Lender Placed Hazard | (650.05) | 249.08 |
| May 2022 | 116.26 | 112.95 | Lender Placed Hazard | (646.74) | 252.39 |
| Jun 2022 | 116.26 | 112.95 | Lender Placed Hazard | (643.43) | 255.70 |
|  | $1,395.12 | $1,395.15 |  |  |  |

(Please keep this statement for comparison with the actual activity in your account at the end of the escrow accounting computation year.)

Your ending balance from the last month of the account history (escrow balance anticipated) is (643.40).  Your starting
balance (escrow balance required) according to this analysis should be $255.73.  This means you have a shortage of 899.13.
This shortage may be collected from you over a period of 12 months or more unless the shortage is less than 1 month's
deposit, in which case we have the additional option of requesting payment within 30 days.  We have decided to collect it over 12 months.
We anticipate the total of your coming year bills to be 1,395.15.  We divide that amount by the number of payments expected during the coming year to
obtain your escrow payment.

| New Escrow Payment Calculation | |
|---|---|
| Unadjusted Escrow Payment | $116.26 |
| Surplus Reduction: | $0.00 |
| Shortage Installment: | $74.93 |
| Rounding Adjustment Amount: | $0.00 |
| Escrow Payment: | $191.19 |

**Paying the shortage**:  If your shortage is paid in full, your new monthly payment will be $344.54 (calculated by subtracting the Shortage Amount to the left and rounding, if applicable). Paying the shortage does not guarantee that your payment will remain the same, as your tax or insurance bills may have changed.

If you are a customer in bankruptcy or a customer who has received a bankruptcy discharge of this debt: please be advised that this notice is to advise you of the status of your mortgage loan. This notice constitutes neither a demand for payment nor a notice of personal liability to any recipient hereof, who might have received a discharge of such debt in accordance with applicable bankruptcy laws or who might be subject to the automatic stay of Section 362 of the United States Bankruptcy Code. However, it may be a notice of possible enforcement of the lien against the collateral property, which has not been discharged in your bankruptcy.

**Notice of Error or Information Request Address**

You have certain rights under Federal law related to resolving errors in the servicing of your loan and requesting information about your loan. If you want to request information about your loan or if you believe an error has occurred in the servicing of your loan and would like to submit an Error Resolution or Information Request, please write to us at the following address:

Shellpoint Mortgage Servicing
PO Box 10826
Greenville, SC  29603 0826

---

Detach Here



Shellpoint Mortgage Servicing
PO Box 10826

Greenville, SC  29603 0826
(800) 365-7107

**Shellpoint Mortgage Servicing**
P.O. Box 740039
Cincinnati, OH 45274-0039

**Escrow Shortage Reply (This is not a bill)**

| Loan Number: |  |
|---|---|
| Full Shortage Amount: | $899.13 |
| Payment Amount: | $ |

Your escrow shortage has been spread over  12 months, resulting in an additional increase in your monthly payment in the amount of 74.93.

IF YOU CHOOSE to pay your shortage in full, please visit www.ShellpointMtg.com in order to expedite your payment. You can also mail this coupon with your remittance of the full shortage amount to the address to the left