# UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re   Sonia Vales                                Case No.   19-25851-AJC

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| U.S. Bank Trust National Association as trustee of LB-Igloo Series IV Trust | NewRez LLC DBA Shellpoint Mortgage Servicing |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
**NewRez LLC DBA Shellpoint Mortgage Servicing**
**Bankruptcy Department**
**PO Box 10826**
**Greenville, SC 29603-0826**

Court Claim # (if known):    5-1
Amount of Claim:    $83,853.06
Date Claim Filed:    02/19/2020

Phone:   800-365-7107                     Phone:   800-365-7107
Last Four Digits of Acct #    8743        Last Four Digits of Acct #    8743

Name and Address where transferee payments should be sent (if different from above):
**NewRez LLC DBA Shellpoint Mortgage Servicing**
**Bankruptcy Department**
**PO Box 10826**
**Greenville, SC 29603-0826**

Phone:   800-365-7107
Last Four Digits of Acct #:    8743

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:   /s/Ciro A Mestres                               Date:   5/27/2021
      Ciro A Mestres
         Transferee/Transferee's
         Authorized Agent

Penalty for making a false statement:  Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 & 3571

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In Re:   Sonia Vales                          Bankruptcy Case No.:   19-25851-AJC
                                              Chapter:   13
         Debtor                               Judge      A. Jay Cristol
_____/

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on 5/27/2021, a true and correct copy of the foregoing was served by U.S. Mail, First Class, and/or electronic transmission to:

Sonia Vales
20275 Northeast 2nd Avenue #9
Miami, FL 33179

Carolina A Lombardi                           (*served via ECF Notification*)
Legal Services of Greater Miami, Inc.
4343 West Flagler Street #100
Miami, FL 33134

Nancy K. Neidich, Trustee                     (*served via ECF Notification*)
P.O. Box 279806
Miramar, FL 33027

U.S. Trustee                                  (*served via ECF Notification*)
Office of the US Trustee
51 S.W. 1st Ave. Suite 1204
Miami, FL 33130

and those parties receiving CM/ECF notices.

By:   */s/Ciro A Mestres*
      Ciro A Mestres
      Florida BAR NO.
       for Transferee
      110 6th Street, Suite 2400
      Ft. Lauderdale, FL 33301
      678-281-6516
      678-281-6516
      Ciro.Mestres@mccalla.com