# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re: SONIA VALES                                    Case No: 19-25851-AJC
                                                       Chapter 13

_____Debtor_____/

## DEBTOR'S MOTION TO MODIFY CHAPTER 13 PLAN

Pursuant to U.S.C. Section 1329 of the Bankruptcy Code, Debtor, SONIA VALES, by and through undersigned counsel, moves the Court to modify her confirmed Chapter 13 plan and as grounds therefore states:

1. On May 6, 2020, Debtor's Second Amended Chapter 13 Plan was confirmed (ECF #63).

2. Since the time of the confirmed Second Amended Chapter 13 Plan, secured creditor, U.S. Bank Trust National Association, as Trustee of the LB Igloo Series IV Trust, filed an Amended Notice of Mortgage Payment Change on September 8, 2021 (ECF #78)—which amended its Notice of Mortgage Payment changed filed on May 26, 2021 (ECF #74)-- indicating the mortgage payment would increase to $241.71 per month beginning July 1, 2021.

3. Also, since the time the Second Amended Chapter 13 Plan was confirmed, Debtor has experienced financial hardships which caused her to fall behind on Plan payments.

4. The Debtor failed to stay current under the confirmed Plan and is now asking the Court to allow the First Modified Plan (which has been filed contemporaneously with this Motion) to pay the above-mentioned secured creditor the correct monthly payment pursuant to its change notice, and to cure both the pre-petition arrearage and the post-confirmation delinquency during the modified plan term.

5. Attached to this motion as Exhibit A is the modification ledger.

Respectfully submitted,

LEGAL SERVICES OF GREATER MIAMI, INC.

By   /s/ Mandy L. Mills
    Mandy L. Mills
    Florida Bar No. 41654
    Attorney for Debtor
    4343 W. Flagler Street, Ste. 100
    Miami, FL 33134
    Tel & Fax: (305) 438-2437
    Primary Email: MMills@legalservicesmiami.org
    Secondary Email: SFreire@legalservicesmiami.org

**Modification Ledger**                                                      Date: April 28, 2022

**Debtors(s):** Sonia Vales                                                   Case No.: 19-25851-AJC

| | | | | |
|---|---|---|---|---|
| Petition Filed: | Mon, Nov 25, 2019 | Attorney Name: | | MANDY L. MILLS, ESQUIRE |
| Date Confirmed: | Tue, Apr 28, 2020 | Atty. Fee in Plan: | | $0.00 |
| Receipts Less Refunds: | $23,275.98 | Atty. Arrears Amt.: | | $0.00 |
| Balance on Hand: | $7,751.01 | Atty. Paid to Date: | | $0.00 |

| Creditor Name | Type | Claim Amt. | Prin. Owed | Prin. Paid | Mo. Pymt. |
|---|---|---|---|---|---|
| APEXX Radiology of South Florida | U | $0.00 | $0.00 | $0.00 | $0.00 |
| CACH LLC | U | $1,866.24 | $687.10 | $1,179.14 | $0.00 |
| Caine & Weiner | U | $0.00 | $0.00 | $0.00 | $0.00 |
| CAROLINA A. LOMBARDI, ESQUIRE | | $0.00 | $0.00 | $0.00 | $0.00 |
| Complete Payment Recovery Services Inc | U | $0.00 | $0.00 | $0.00 | $0.00 |
| Fingerhut Advantage | U | $0.00 | $0.00 | $0.00 | $0.00 |
| Flagship Credit Acceptance | K | $0.00 | $0.00 | $0.00 | $0.00 |
| Flagship Credit Acceptance | N | $0.00 | $0.00 | $0.00 | $0.00 |
| HOWARD LAW GROUP | N | $0.00 | $0.00 | $0.00 | $0.00 |
| McCalla Raymer Leibert Pierce, LLC | N | $0.00 | $0.00 | $0.00 | $0.00 |
| Omnisure Group LLC | U | $0.00 | $0.00 | $0.00 | $0.00 |
| Portfolio Recovery Associates, LLC | U | $0.00 | $0.00 | $0.00 | $0.00 |
| PRA, LLC | N | $0.00 | $0.00 | $0.00 | $0.00 |
| PRA, LLC | U | $428.94 | $157.92 | $271.02 | $0.00 |
| Ro-Mont South Condominium 'L', Inc. | O | $9,720.00 | $7,020.00 | $2,700.00 | $270.00 |
| Ro-Mont South Condominium 'L', Inc. | U | $8,201.00 | $5,910.38 | $2,290.62 | $0.00 |
| Schumacker Clinical Partners | U | $0.00 | $0.00 | $0.00 | $0.00 |
| STRALEY & OTTO PA | N | $0.00 | $0.00 | $0.00 | $0.00 |
| SYNCHRONY BANK | N | $0.00 | $0.00 | $0.00 | $0.00 |
| US BANK TRUST NATIONAL ASSOCIATION | M | $942.82 | $183.60 | $759.22 | $26.18 |
| US BANK TRUST NATIONAL ASSOCIATION | R | $8,306.28 | $1,615.11 | $6,691.17 | $230.73 |

**EXHIBIT "A"**