## CHAPTER 13 PLAN (Individual Adjustment of Debts)

☐ _____ Original Plan

☐ _____ Amended Plan (Indicate 1st, 2nd, etc. Amended, if applicable)

■ 2nd _____ Modified Plan (Indicate 1st, 2nd, etc. Modified, if applicable)

DEBTOR: Sonia Vales            JOINT DEBTOR: _____            CASE NO.: 19-25851-AJC

SS#: xxx-xx- 6493              SS#: xxx-xx- _____

### I. NOTICES

To Debtors: Plans that do not comply with local rules and judicial rulings may not be confirmable. All plans, amended plans and modified plans shall be served upon all creditors and a certificate of service filed with the Clerk pursuant to Local Rules 2002-1 (C)(5), 3015-1(B)(2), and 3015-2. Debtor(s) must commence plan payments within 30 days of filing the chapter 13 petition or within 30 days of entry of the order converting the case to chapter 13.

To Creditors: Your rights may be affected by this plan. You must file a timely proof of claim in order to be paid. Your claim may be reduced, modified or eliminated.

To All Parties: The plan contains no nonstandard provisions other than those set out in paragraph IX. Debtor(s) must check one box on each line listed below in this section to state whether the plan includes any of the following:

| | | |
|---|---|---|
| The valuation of a secured claim, set out in Section III, which may result in a partial payment or no payment at all to the secured creditor | ■ Included | ☐ Not included |
| Avoidance of a judicial lien or nonpossessory, nonpurchase-money security interest, set out in Section III | ☐ Included | ■ Not included |
| Nonstandard provisions, set out in Section IX | ☐ Included | ■ Not included |

### II. PLAN PAYMENTS, LENGTH OF PLAN AND DEBTOR(S)' ATTORNEY'S FEE

A. **MONTHLY PLAN PAYMENT:** This Plan pays for the benefit of the creditors the amounts listed below, including trustee's fees of 10%, beginning 30 days from the filing/conversion date. In the event the trustee does not retain the full 10%, any unused amount will be paid to unsecured nonpriority creditors pro-rata under the plan:

1. $554.46       for months  1  to  28  ;
2. $7,751.01     for months  29 to  29  ;
3. $819.24       for months  30 to  48  ;

B. **DEBTOR(S)' ATTORNEY'S FEE:**    ■ NONE    ☐ PRO BONO

### III. TREATMENT OF SECURED CLAIMS    ☐ NONE

A. **SECURED CLAIMS:**  ☐ NONE

[Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Lien on Real or Personal Property:

1. Creditor: Ro-Mont South Condominium 'L'

   Address: c/o Daniel A. Weber, Esq.
   Straley Otto
   2699 Stirling Road, C-207
   Ft. Lauderdale, FL 33312

   Arrearage/ Payoff on Petition Date    -0-
   Regular Payment (Maintain)    $96.43     /month (Months  1  to  28 )
   Regular Payment (Maintain)    $5,130.00  /month (Months  29 to  29 )
   Regular Payment (Maintain)    $270.00    /month (Months  30 to  48 )

   Last 4 Digits of Account No.:    0009

   Other: _____

☒ Real Property                              Check one below for Real Property:
  ☒ Principal Residence                      ☐ Escrow is included in the regular payments
  ☐ Other Real Property                      ☒ The debtor(s) will pay  ☒ taxes  ☐ insurance directly

Address of Collateral:
20275 NE 2nd Avenue, #9
Miami, FL 33179

☐ Personal Property/Vehicle

Description of Collateral: Debtor's homestead which is a condominium

| 2. | Creditor: | U.S. Bank Trust National Association as trustee of LB-Igloo Series IV Trust | | | | |
|---|---|---|---|---|---|---|
| | Address: | NewRez LLC d/b/a Shellpoint Mortgage Servicing Bankruptcy Department PO BOX 10826 Greenville, SC 29603-0826 | Arrearage/ Payoff on Petition Date | $942.82 | | |
| | | | Arrears Payment (Cure) | $27.12 | /month (Months 1 | to 28 ) |
| | | | Arrears Payment (Cure) | $0.00 | /month (Months 29 | to 29 ) |
| | | | Arrears Payment (Cure) | $9.66 | /month (Months 30 | to 48 ) |
| | | | Regular Payment (Maintain) | $238.97 | /month (Months 1 | to 28 ) |
| Last 4 Digits of Account No.: | | 8743 | Regular Payment (Maintain) | $0.00 | /month (Months 29 | to 29 ) |
| | | | Regular Payment (Maintain) | $247.49 | /month (Months 30 | to 48 ) |

Other: Pays ECF 78 (Amended Not'c of Mortg Pmt Change), which amended ECF 74 (Not'c of Mortg Pmt Change)

☒ Real Property                              Check one below for Real Property:
  ☒ Principal Residence                      ☒ Escrow is included in the regular payments
  ☐ Other Real Property                      ☐ The debtor(s) will pay  ☐ taxes  ☐ insurance directly

Address of Collateral:
20275 NE 2nd Avenue, #9
Miami, FL 33179

☐ Personal Property/Vehicle

Description of Collateral: Debtor's homestead which is a condominium

**B. VALUATION OF COLLATERAL:**  ☐ NONE

IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED UPON YOU PURSUANT TO BR 7004 AND LR 3015-3.

**1. REAL PROPERTY:**  ☐ NONE

| 1. | Creditor: | R-Mont South Condominium 'L' | Value of Collateral: | $83,603.00 | **Payment** | |
|---|---|---|---|---|---|---|
| | Address: | c/o Daniel A. Weber, Esq. Straley Otto 2699 Stirling Road, C-207 Ft. Lauderdale, FL 33312 | Amount of Creditor's Lien: | $84,341.25 | Total paid in plan: | $0.00 |
| | | | Interest Rate: | 0.00% | $0.00 /month (Months | to ) |
| Last 4 Digits of Account No.: | | 0009 | Check one below: | | | |

Real Property
☒ Principal Residence
☐ Other Real Property

Address of Collateral:
20275 NE 2nd Avenue, #9
Miami, FL 33179

☐ Escrow is included in the monthly mortgage payment listed in this section
☒ The debtor(s) will pay
  ☒ taxes  ☒ insurance directly

Debtor(s): Sonia Vales     Case number: 19-25851-AJC

    **2. VEHICLES(S):** ☒ NONE

    **3. PERSONAL PROPERTY:** ☒ NONE

**C. LIEN AVOIDANCE** ☒ NONE

**D. SURRENDER OF COLLATERAL:** ☐ NONE

Secured claims filed by any creditor granted stay relief in this section shall not receive a distribution from the Chapter 13 Trustee.

☒ The debtor(s) elect to surrender to each creditor listed below the collateral that secures the creditor's claim. The debtor(s) request that upon confirmation of this plan the automatic stay be terminated in rem as to the debtor(s) and in rem and in personam as to any codebtor(s) as to these creditors.

☐ Other: _____

| | Name of Creditor | Last 4 Digits of Account No. | Description of Collateral (Address, Vehicle, etc.) |
|---|---|---|---|
| 1. | Flagship Credit Acceptance | 6493 | 2013 Volvo X60 |

**E. DIRECT PAYMENTS** ☒ NONE

**IV. TREATMENT OF FEES AND PRIORITY CLAIMS** [as defined in 11 U.S.C. §507 and 11 U.S.C. § 1322(a)(4)] ☒ NONE

**V. TREATMENT OF UNSECURED NONPRIORITY CREDITORS** ☐ NONE

    **A.** Pay $133.60 /month (Months 1 to 28)

    Pay $2,621.01 /month (Months 29 to 29)

    Pay $217.61 /month (Months 30 to 48)

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

    **B.** ☒ If checked, the Debtor(s) will amend/modify to pay 100% to all allowed unsecured nonpriority claims.

    **C. SEPARATELY CLASSIFIED:** ☒ NONE

**VI. STUDENT LOAN PROGRAM** ☒ NONE

**VII. EXECUTORY CONTRACTS AND UNEXPIRED LEASES** ☒ NONE

**VIII. INCOME TAX RETURNS AND REFUNDS:**

☒ The debtor(s) is hereby advised that the chapter 13 trustee has requested that the debtor(s) comply with 521(f) 1-4 on an annual basis during the pendency of this case. The debtor(s) hereby acknowledges that the deadline for providing the Trustee with their filed tax returns is on or before May 15 of each year the case is pending and that the debtor(s) shall provide the trustee (but not file with the Court) with verification of their disposable income if their gross household income increases by more than 3% over the previous year's income. [Miami cases]

**IX. NON-STANDARD PLAN PROVISIONS** ☒ NONE

Debtor(s): Sonia Vales    Case number: 19-25851-AJC

**PROPERTY OF THE ESTATE WILL VEST IN THE DEBTOR(S) UPON PLAN CONFIRMATION.**

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

_____ Debtor    _____    _____ Joint Debtor    _____
Sonia Vales                       Date                                                    Date

/s/ Mandy L. Mills        05/19/2022
_____    _____
                           Date

Attorney with permission to sign on Debtor(s)' behalf who certifies that the contents of the plan have been reviewed and approved by the Debtor(s).[1]

**By filing this document, the Attorney for Debtor(s) or Debtor(s), if not represented by counsel, certifies that the wording and order of the provisions in this Chapter 13 plan are identical to those contained in Local Form Chapter 13 Plan and the plan contains no nonstandard provisions other than those set out in paragraph IX.**

---

[1] This certification requirement applies even if the Debtor(s) have executed a limited power of attorney to Debtor(s)' attorney authorizing the attorney to sign documents on the Debtor(s)' behalf.