UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re: SONIA VALES                                    Case No: 19-25851-AJC
                                                      Chapter 13

_____Debtor_____/

**DEBTOR'S MOTION TO MODIFY CHAPTER 13 PLAN**

Pursuant to U.S.C. Section 1329 of the Bankruptcy Code, Debtor, SONIA VALES, by and through undersigned counsel, moves the Court to modify her confirmed Chapter 13 plan and as grounds therefore states:

1. On July 1, 2022, Debtor's Second Modified Chapter 13 Plan was approved and then docketed on July 5, 2022 (ECF #88).

2. Since the time of the approved Second Modified Chapter 13 Plan, secured creditor, U.S. Bank Trust National Association, as Trustee of the LB Igloo Series IV Trust, filed a Notice of Mortgage Payment Change on September 23, 2022 (ECF #90) indicating the mortgage payment would increase from $241.71 to $266.97 per month beginning November 1, 2022.

3. The Debtor is now asking the Court to allow the Third Modified Plan (which has been filed contemporaneously with this Motion) to pay the above-mentioned secured creditor the correct monthly payment pursuant to its change notice.

4. Attached to this motion as Exhibit A is the modification ledger.

WHEREFORE, Debtor requests this Court:

A. Grant the Motion to Modify;

B. Approve the Third Modified Chapter 13 plan.

Respectfully submitted,

LEGAL SERVICES OF GREATER MIAMI, INC.

By   /s/ Mandy L. Mills
    Mandy L. Mills
    Florida Bar No. 41654
    Attorney for Debtor
    4343 W. Flagler Street, Ste. 100
    Miami, FL 33134
    Tel & Fax: (305) 438-2437
    Primary Email: MMills@legalservicesmiami.org
    Secondary Email: SFreire@legalservicesmiami.org

**Modification Ledger**                                                                **Date: November 07, 2022**

**Debtors(s):** Sonia Vales                                                             **Case No.:** 19-25851-AJC

| | | | |
|---|---|---|---|
| Petition Filed: | Mon, Nov 25, 2019 | Attorney Name: | MANDY L. MILLS, ESQUIRE |
| Date Confirmed: | Tue, Apr 28, 2020 | Atty. Fee in Plan: | $0.00 |
| Receipts Less Refunds: | $27,465.98 | Atty. Arrears Amt.: | $0.00 |
| Balance on Hand: | $10,178.88 | Atty. Paid to Date: | $0.00 |

| Creditor Name | Type | Claim Amt. | Prin. Owed | Prin. Paid | Mo. Pymt. |
|---|---|---|---|---|---|
| APEXX Radiology of South Florida | U | $0.00 | $0.00 | $0.00 | $0.00 |
| CACH LLC | U | $1,866.24 | $677.05 | $1,189.19 | $0.00 |
| Caine & Weiner | U | $0.00 | $0.00 | $0.00 | $0.00 |
| CAROLINA A. LOMBARDI, ESQUIRE | | $0.00 | $0.00 | $0.00 | $0.00 |
| Complete Payment Recovery Services Inc | U | $0.00 | $0.00 | $0.00 | $0.00 |
| Fingerhut Advantage | U | $0.00 | $0.00 | $0.00 | $0.00 |
| Flagship Credit Acceptance | K | $0.00 | $0.00 | $0.00 | $0.00 |
| Flagship Credit Acceptance | N | $0.00 | $0.00 | $0.00 | $0.00 |
| HOWARD LAW GROUP | N | $0.00 | $0.00 | $0.00 | $0.00 |
| McCalla Raymer Leibert Pierce, LLC | N | $0.00 | $0.00 | $0.00 | $0.00 |
| Omnisure Group LLC | U | $0.00 | $0.00 | $0.00 | $0.00 |
| Portfolio Recovery Associates, LLC | U | $0.00 | $0.00 | $0.00 | $0.00 |
| PRA, LLC | N | $0.00 | $0.00 | $0.00 | $0.00 |
| PRA, LLC | U | $428.94 | $157.92 | $271.02 | $0.00 |
| Ro-Mont South Condominium 'L', Inc. | O | $12,960.04 | $10,260.04 | $2,700.00 | $270.00 |
| Ro-Mont South Condominium 'L', Inc. | U | $8,201.00 | $5,910.38 | $2,290.62 | $0.00 |
| Schumacker Clinical Partners | U | $0.00 | $0.00 | $0.00 | $0.00 |
| STRALEY & OTTO PA | N | $0.00 | $0.00 | $0.00 | $0.00 |
| SYNCHRONY BANK | N | $0.00 | $0.00 | $0.00 | $0.00 |
| US BANK TRUST NATIONAL ASSOCIATION | M | $942.90 | $125.58 | $817.32 | $9.66 |
| US BANK TRUST NATIONAL ASSOCIATION | R | $11,393.47 | $3,217.37 | $8,176.10 | $247.49 |

**EXHIBIT "A"**