**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

☐ _____ Original Plan

☐ _____ Amended Plan (Indicate 1st, 2nd, etc. Amended, if applicable)

■ 3rd _____ Modified Plan (Indicate 1st, 2nd, etc. Modified, if applicable)

DEBTOR: Sonia Vales    JOINT DEBTOR: _____    CASE NO.: 19-25851-AJC

SS#: xxx-xx- 6493    SS#: xxx-xx- _____

## I. NOTICES

To Debtors: Plans that do not comply with local rules and judicial rulings may not be confirmable. All plans, amended plans and modified plans shall be served upon all creditors and a certificate of service filed with the Clerk pursuant to Local Rules 2002-1 (C)(5), 3015-1(B)(2), and 3015-2. Debtor(s) must commence plan payments within 30 days of filing the chapter 13 petition or within 30 days of entry of the order converting the case to chapter 13.

To Creditors: Your rights may be affected by this plan. You must file a timely proof of claim in order to be paid. Your claim may be reduced, modified or eliminated.

To All Parties: The plan contains no nonstandard provisions other than those set out in paragraph IX. Debtor(s) must check one box on each line listed below in this section to state whether the plan includes any of the following:

| | | |
|---|---|---|
| The valuation of a secured claim, set out in Section III, which may result in a partial payment or no payment at all to the secured creditor | ■ Included | ☐ Not included |
| Avoidance of a judicial lien or nonpossessory, nonpurchase-money security interest, set out in Section III | ☐ Included | ■ Not included |
| Nonstandard provisions, set out in Section IX | ☐ Included | ■ Not included |

## II. PLAN PAYMENTS, LENGTH OF PLAN AND DEBTOR(S)' ATTORNEY'S FEE

A. **MONTHLY PLAN PAYMENT:** This Plan pays for the benefit of the creditors the amounts listed below, including trustee's fees of 10%, beginning 30 days from the filing/conversion date. In the event the trustee does not retain the full 10%, any unused amount will be paid to unsecured nonpriority creditors pro-rata under the plan:

1. $508.44 for months 1 to 34 ;
2. $10,178.88 for months 35 to 35 ;
3. $888.29 for months 36 to 48 ;

B. **DEBTOR(S)' ATTORNEY'S FEE:**  ■ NONE   ☐ PRO BONO

## III. TREATMENT OF SECURED CLAIMS  ☐ NONE

A. **SECURED CLAIMS:**  ☐ NONE

[Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Lien on Real or Personal Property:

1. Creditor: Ro-Mont South Condominium 'L'

   Address: c/o Daniel A. Weber, Esq.
   Straley Otto
   2699 Stirling Road, C-207
   Ft. Lauderdale, FL 33312

   Arrearage/ Payoff on Petition Date   -0-
   Regular Payment (Maintain)   $79.41 /month (Months 1 to 34 )
   Regular Payment (Maintain) (BalonHand)   $6,750.00 /month (Months 35 to 35 )
   Regular Payment (Maintain)   $270.00 /month (Months 36 to 48 )

   Last 4 Digits of Account No.: 0009

   Other: _____

LF-31 (rev. 04/01/22)                                                                 Page 1 of 4

■ Real Property
  ■ Principal Residence
  ☐ Other Real Property

Check one below for Real Property:
  ☐ Escrow is included in the regular payments
  ■ The debtor(s) will pay    ■ taxes    ☐ insurance directly

Address of Collateral:
20275 NE 2nd Avenue, #9
Miami, FL 33179

☐ Personal Property/Vehicle

Description of Collateral: Debtor's homestead which is a condominium

---

2. Creditor: U.S. Bank Trust National Association as trustee of LB-Igloo Series IV Trust

   Address: NewRez LLC d/b/a Shellpoint Mortgage Servicing
   Bankruptcy Department
   PO BOX 10826
   Greenville, SC 29603-0826

   Last 4 Digits of Account No.: 8743

| Field | Amount | Months |
|---|---|---|
| Arrearage/ Payoff on Petition Date | $942.90 | |
| Arrears Payment (Cure) | $24.04 /month | (Months 1 to 34) |
| Arrears Payment (Cure) | $0.00 /month | (Months 35 to 35) |
| Arrears Payment (Cure) | $9.66 /month | (Months 36 to 48) |
| Regular Payment (Maintain) | $240.47 /month | (Months 1 to 34) |
| Regular Payment (Maintain) | $0.00 /month | (Months 35 to 35) |
| Regular Payment (Maintain) | $272.75 /month | (Months 36 to 48) |

Other: Pays ECF 90 (Not'c of Mortg Pmt Change) and ECF 78 (Amended Not'c of Mortg Pmt Change re: ECF 74)

■ Real Property
  ■ Principal Residence
  ☐ Other Real Property

Check one below for Real Property:
  ■ Escrow is included in the regular payments
  ☐ The debtor(s) will pay    ☐ taxes    ☐ insurance directly

Address of Collateral:
20275 NE 2nd Avenue, #9
Miami, FL 33179

☐ Personal Property/Vehicle

Description of Collateral: Debtor's homestead which is a condominium

---

**B. VALUATION OF COLLATERAL:** ☐ NONE

IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED UPON YOU PURSUANT TO BR 7004 AND LR 3015-3.

1. **REAL PROPERTY:** ☐ NONE

1. Creditor: R-Mont South Condominium 'L'

   Address: c/o Daniel A. Weber, Esq.
   Straley Otto
   2699 Stirling Road, C-207
   Ft. Lauderdale, FL 33312

   Last 4 Digits of Account No.: 0009

   Real Property
   ■ Principal Residence
   ☐ Other Real Property

   Address of Collateral:
   20275 NE 2nd Avenue, #9
   Miami, FL 33179

   Value of Collateral: $83,603.00
   Amount of Creditor's Lien: $84,341.25
   Interest Rate: 0.00%

   Check one below:
   ☐ Escrow is included in the monthly mortgage payment listed in this section
   ■ The debtor(s) will pay
      ■ taxes   ■ insurance directly

   **Payment**
   Total paid in plan: $0.00
   $0.00 /month (Months ___ to ___)

    **2. VEHICLES(S):** ■ NONE

    **3. PERSONAL PROPERTY:** ■ NONE

**C. LIEN AVOIDANCE** ■ NONE

**D. SURRENDER OF COLLATERAL:** ☐ NONE

Secured claims filed by any creditor granted stay relief in this section shall not receive a distribution from the Chapter 13 Trustee.

■ The debtor(s) elect to surrender to each creditor listed below the collateral that secures the creditor's claim. The debtor(s) request that upon confirmation of this plan the automatic stay be terminated in rem as to the debtor(s) and in rem and in personam as to any codebtor(s) as to these creditors.

☐ Other: _____

| | Name of Creditor | Last 4 Digits of Account No. | Description of Collateral (Address, Vehicle, etc.) |
|---|---|---|---|
| 1. | Flagship Credit Acceptance | 6493 | 2013 Volvo X60 |

**E. DIRECT PAYMENTS** ■ NONE

**IV. TREATMENT OF FEES AND PRIORITY CLAIMS** [as defined in 11 U.S.C. §507 and 11 U.S.C. § 1322(a)(4)]  ■ NONE

**V. TREATMENT OF UNSECURED NONPRIORITY CREDITORS**  ☐ NONE

    **A.** Pay $110.32 /month (Months 1 to 34)

        Pay $3,428.88 /month (Months 35 to 35)

        Pay $255.12 /month (Months 36 to 48)

    Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

    **B.** ■ If checked, the Debtor(s) will amend/modify to pay 100% to all allowed unsecured nonpriority claims.

    **C. SEPARATELY CLASSIFIED:** ■ NONE

**VI. STUDENT LOAN PROGRAM** ■ NONE

**VII. EXECUTORY CONTRACTS AND UNEXPIRED LEASES** ■ NONE

**VIII. INCOME TAX RETURNS AND REFUNDS:**

    ■ The debtor(s) is hereby advised that the chapter 13 trustee has requested that the debtor(s) comply with 521(f) 1-4 on an annual basis during the pendency of this case. The debtor(s) hereby acknowledges that the deadline for providing the Trustee with their filed tax returns is on or before May 15 of each year the case is pending and that the debtor(s) shall provide the trustee (but not file with the Court) with verification of their disposable income if their gross household income increases by more than 3% over the previous year's income. [Miami cases]

**IX. NON-STANDARD PLAN PROVISIONS** ■ NONE

Debtor(s): Sonia Vales     Case number: 19-25851-AJC

**PROPERTY OF THE ESTATE WILL VEST IN THE DEBTOR(S) UPON PLAN CONFIRMATION.**

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

| Debtor | Date | Joint Debtor | Date |
|---|---|---|---|
| Sonia Vales | | | |

/s/ Mandy L. Mills        11/07/2022
Date

Attorney with permission to sign on Debtor(s)' behalf who certifies that the contents of the plan have been reviewed and approved by the Debtor(s).[1]

**By filing this document, the Attorney for Debtor(s) or Debtor(s), if not represented by counsel, certifies that the wording and order of the provisions in this Chapter 13 plan are identical to those contained in Local Form Chapter 13 Plan and the plan contains no nonstandard provisions other than those set out in paragraph IX.**

---

[1] This certification requirement applies even if the Debtor(s) have executed a limited power of attorney to Debtor(s)' attorney authorizing the attorney to sign documents on the Debtor(s)' behalf.