**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
www.flsb.uscourts.gov

In re:    SONIA VALES                                               Case No.: 19-25851-AJC
                                                                    Chapter 13

_____Debtor(s) /

**NOTICE OF DOCUMENT WITHDRAWAL**
**(ECF 91 and ECF 96)**

      DEBTOR, Sonia Vales by and through undersigned counsel, gives Notice of Withdrawal of Docket Entry 91 and 96.

Respectfully submitted,

LEGAL SERVICES OF GREATER MIAMI, INC.

By:    */s/ Mandy L. Mills*
Mandy L. Mills, Esq.
Florida Bar No. 41654
Attorney for Debtor
4343 West Flagler Street, Suite #100
Miami, FL 33134
Phone and Fax: (305) 438-2437
Email: MMills@legalservicesmiami.org
Alt Email: sfreire@legalservicesmiami.org