Fill in this information to identify the case:

Debtor 1: SONIA VALES

Debtor 2 (Spouse, if filing): _____

United States Bankruptcy Court for the: Southern District of Florida

Case number: 19-25851-AJC

Official Form 410S1

# Notice of Mortgage Payment Change          12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** Ro-Mont South Condominium "L", Inc.

**Court claim no.** (if known): 4

**Last 4 digits** of any number you use to identify the debtor's account: 9 ___ ___ ___

**Date of payment change:** Must be at least 21 days after date of this notice — 02/01/2023

**New total payment:** $ 306.00
Principal, interest, and escrow, if any

## Part 1: Escrow Account Payment Adjustment

1. Will there be a change in the debtor's escrow account payment?

   ☑ No
   ☐ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment: $ _____     New escrow payment: $ _____

## Part 2: Mortgage Payment Adjustment

2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?

   ☑ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: _____%     New interest rate: _____%

   Current principal and interest payment: $ _____     New principal and interest payment: $ _____

## Part 3: Other Payment Change

3. Will there be a change in the debtor's mortgage payment for a reason not listed above?

   ☐ No
   ☑ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. *(Court approval may be required before the payment change can take effect.)*

   Reason for change: Increase in Condo budget

   Current mortgage payment: $ 270.00     New mortgage payment: $ 306.00

| Debtor 1 | SONIA | | VALES | | Case number (if known) 19-25851-AJC |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

### Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☑ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ Charles F. Otto, Esq.
Signature

Date: 12/29/2022

Print: Charles F. Otto
First Name / Middle Name / Last Name

Title: Attorney for Creditor

Company: Straley | Otto

Address: 2699 Stirling Road, Suite C-207
Number / Street

Fort Lauderdale    FL    33312
City / State / ZIP Code

Contact phone: 954-962-7367

Email: cfo@straleyotto.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
(Fort Lauderdale Division)

In re:                                              Chapter 13

SONIA VALES,                                        Case No. 19-25851-BKC-AJC

    Debtor.
_____/

## CERTIFICATE OF SERVICE

I certify that a true copy of the Notice of Mortgage Payment Change appended hereto was served upon those parties set forth on the attached service list on December 29, 2022, as follows:

The following persons/entities were noticed via NEF:

Carolina A. Lombardi, Esq.
Nancy K. Neidich, Trustee

The following persons/entities were noticed via U.S. mail:

Sonia Vales, 20275 N.E. 2nd Avenue, #9, Miami, FL 33179

                                                  /s/
                                 CHARLES F. OTTO, ESQ.
                                 Fla. Bar No. 55591
                                 E-mail: cfo@straleyotto.com
                                 STRALEY | OTTO
                                 2699 Stirling Road, Suite C-207
                                 Fort Lauderdale, Florida 33312
                                 Telephone:  954/962-7367
                                 Facsimile:  954/962-7423
                                 Attorneys for Creditor